FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

CARROLL 71373
(Last Name) (Identification Number)

Wiley Zachary
(First Name) (Middle Name)

Marshal County Corr. Facility
(Institution)

833 West Street, Hollysprings, MS. 38635
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 4 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

V.

M.D.O.C. Commissioner Burl Caine

M.D.O.C. Record Dept

M.D.O.C. Court Statistics Division

Admin. Office of Court (AOC)
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:22-cv-179-CWR-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (●)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: ① Wiley Zachary Carroll v. Warden Loden
   ② Wiley Z. Carroll v. State of Mississippi

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court For The Northern District of Mississippi

3. Docket Number: 3:21-CV-248-RP

4. Name of judge to whom case was assigned: R.P.

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Dismissed For Failor To State A Claim

1

② iN The Mississippi Supreme Court

No. 2021-TS-00954

Still Pending since 8/31/2021

Judge T.S. ?

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Wiley Zachary Carroll   Prisoner Number: 71373

Address: Marshall County Correctional Facility
833 West Street
Hollysprings, MS. 38635

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: M.D.O.C. Commissioner Burl Cain is employed as Commissioner at Mississippi Department of Corrections 723 N. President ST Jackson, MS. 39205

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Wiley Zachary Carroll   ADDRESS: M.C.C.F. 833 West Street Hollysprings, MS. 38635

DEFENDANT(S):

NAME: M.D.O.C. Record Dept.   ADDRESS: P.O. Box 24388 Jackson, MS. 39205

M.D.O.C. Court Statictics
Admin. Office of Court     P.O. Box 117
Jackson, MS. 39205-0117

NOTE: Unable to get the supervisors names of those Departments

2

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✗)   No ( )

B.  Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✗)

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✗)   No ( )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✗)   No ( )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✗)   No ( ), if so, state the results of the procedure: _____
   _____ NO AUTHORITY TO GRANT SEE: ATTACHED PAGE.

F.  If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

   1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2.  State how your claims were presented (written request, verbal request, request for forms): _____
      _____
      _____

   3.  State the date your claims were presented: _____

   4.  State the result of the procedure: _____
      _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

See Attached Pages Statement of Claim (4A) + Exhibits

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

1. A Declaratory Judgement of the Case.
2. That the Defendants be sued in their official capacity for grave negligence and compensate this plaintiff Two Hundred Thousand Dollars in Monetary Damages
3. That Court Cost and Fee be paid by the Defendants.

Signed this 29 day of March, 20 22

Wiley Zachy Carroll #71323
M.C.C.F., 833 West Street
Hollysprings, MS. 38635
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

3-29-2022
(Date)

Wiley Zachy Carroll
Signature of plaintiff

4

## STATEMENT OF CLAIM

This Plaintiff knows that if the Written Prouncement of a sentence of conviction CONFLICTS with the oral Prouncement of a sentence it is the Written Prouncement that PREVAILS and the sentencing order is the Final order.. On May 4th 2021 this Plaintiff was given a sentencing order of a SUSPENDED sentence then in ERROR injected in to Prison. (SEE: Exhibit A) Due only to the COMMITMENT order, (SEE: Exhibit B) which is SUPPOSEDLY created from the SENTENCING order..

Mississippi Dept. of Corrections' Commissioner Burl CAINE, His STAFF at M.D.O.C. Record Department and at M.D.O.C. Court Statistics Division (AOC) Failed/Neglected to fully READ and INTERPETATE this Plaintiffs sentencing order that ACCOMPANIED the COMMITMENT order. Thus Causing this Plaintiff Illegally Detained Illegally Incarcerated. Contrary to his Constitutional Rights.

These Defendants were put on notice thur letters and request for administrative remedy.. To no avail. And no replies in return. —END.

Does the FINAL SENTENCING order PREVAIL over the Prison COMMITMENT order?

(4A)

∴ NOTICE TO THE Honorable ∴
Court

This Plaintiff is not contesting his conviction or his Illegal sentence in this complaint... Plaintiff is seeking a _Declaratory Judgment_ regarding whether the Defendants erred in the _Interpretation_ of his _Sentence and Judgment Order_ and erroneously accepted him into the harsh conditions of _prison_ in violation of his _Due Process Rights._ And to be compensated for the damages it has caused if so be the determination of this Honorable District Court.

Signed: _Wiley Z. Cook_
71373

½ T.. ~~IN~~ In the alternative
what _exactly_ are my Rights?
W.Z.C.

5.